DAVID J. WINTERTON, ESQ.
Nevada Bar No. 004142
DAVID J. WINTERTON & ASSOC., LTD.
7881 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89117
Phone: (702) 363-0317
Facsimile: (702) 363-1630
Email: david@davidwinterton.com

*Proposed Attorneys for Debtor*
*and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RESORT LEGAL TEAM, INC.

Debtor.

Case No. BK-20-12881 - ABL
Chapter 11

Date: August 19, 2020
Time: 1:30 pm

## AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL

STATE OF NEVADA    )
                   )ss
COUNTY OF CLARK    )

David J. Winterton, Esq., upon oath deposes and states:

1. I am an attorney at law who is licensed to practice law within the State of Nevada and before this Court and am employed by the law firm of David J. Winterton & Assoc., Ltd.

2. On or about June 16th, 2020, RESORT LEGAL TEAM, INC filed Chapter 11 bankruptcy. Debtor remains in possession pursuant to 11 U.S. C. §§ Section 1107 and 1108 of the Bankruptcy Code.

3. Debtor wishes to employ the law offices of David J. Winterton & Assoc., Ltd., attorneys duly admitted to practice in this Court, to represent them as counsel in the above-captioned bankruptcy.

4. Debtor selected the law offices of David J. Winterton & Assoc., Ltd., for the reason that

1

they have considerable experience in this type of proceeding, and they believe that David J. Winterton & Assoc., Ltd., are well qualified to represent them in this bankruptcy. The law firm of David J. Winterton & Assoc., Ltd., maintains offices for the practice of law at 7881 W. Charleston Blvd., Suite 220, Las Vegas, Nevada 89117. There is currently one attorney at the law firm of David J. Winterton & Assoc,. Ltd., who regularly practices in bankruptcy court.

5. The Debtor requires general reorganization counsel in order to render the following illustrative types of professional services: attending hearings, filing required schedules and papers, preparing a disclosure statement and plan of reorganization, counsel the client, and any other representation necessary to reorganize the debtor.

6. To the best of Applicant's knowledge, the law firm of David J. Winterton & Assoc., Ltd., has no connection with the Debtor, creditors, any other interested party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

7. To the best of Applicant's knowledge, the law firm of David J. Winterton & Assoc., Ltd., neither holds nor represents any interest adverse to the Debtor or the estate and are disinterested persons within the meaning of 11 U.S.C. § 101(14).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2020 at Las Vegas, Nevada.

_____
DAVID J. WINTERTON, ESQ., Affiant

SUBSCRIBED and SWORN to before me this 13th day of July, 2020

_____
Notary Public in and for said
County and State



AUTUMN G WHEELER
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 19-1177-1
MY APPT. EXPIRES JANUARY 09, 2023

2