1  DAVID J. WINTERTON, ESQ.
Nevada Bar No. 004142
2  DAVID J. WINTERTON & ASSOC., LTD.
7881 W. Charleston Blvd., Suite 220
3  Las Vegas, Nevada 89117
Phone: (702) 363-0317
4  Facsimile: (702) 363-1630
Email: david@davidwinterton.com
5
*Proposed Attorneys for Debtor*
6  *and Debtor in Possession*

7              **UNITED STATES BANKRUPTCY COURT**
                        **DISTRICT OF NEVADA**
8
   In re:                          )
9                                   )
   RESORT LEGAL TEAM, INC.          )
10                                  )   Case No. BK -20-12881- ABL
                                    )   Chapter 11
11                                  )
                Debtor.             )   Hearing Date: August 19, 2020
12  _____ )   Hearing Time: 1:30 pm

13      **NOTICE OF HEARING RE: MOTION FOR APPROVAL TO EMPLOY COUNSEL**
              **NUNC PRO TUNC TO THE PETITION DATE**
14
   TO:    ALL PARTIES IN INTEREST
15
          NOTICE IS HEREBY GIVEN that the Hearing on Debtor's Motion for Approval to
16
   Employ Counsel Nunc Pro Tunc to the Petition Date, filed contemporaneously herein, by David
17
   J. Winterton, Esq. of David J. Winterton & Associates Ltd., on behalf of Piloch Distribution,
18
   Inc. The Debtor requested an Order for Approval to Employ Counsel Nunc Pro Tunc to the
19
   Petition Date.
20
          Any Opposition must be filed pursuant to Local Rule 9014(d)(1).
21
   Local Rule 9014 (d)(1): "Opposition to a motion must be filed and service of the opposition
22
   must be completed on the movant no later than fourteen (14) days preceding the hearing date
23
   for the motion.  The opposition must set forth all relevant facts and any relevant legal authority.
24
   An opposition must be supported by affidavits or declarations that conform to the provisions of
25
   subsection (c) of this rule."
26

27

28                                              1

*DAVID J. WINTERTON & ASSOCIATES, LTD*
*7881 W. Charleston Blvd., Suite 220*
*Las Vegas, Nevada 89117*
*Phone: (702) 363-0317*

DAVID J. WINTERTON & ASSOCIATES, LTD
7881 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89117
Phone: (702) 363-0317

1

2

3

4

5

6

7

8

9

10

11

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

•    The court may refuse to allow you to speak at the scheduled hearing; and

•    The court may rule against you with formally calling the matter at the hearing.

12

13

14

15

16

17

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas, Boulevard South, Court Room 2, Las Vegas, Nevada on August 19, 2020 at the hour of 1:30 p.m.

NOTICE IS FURTHER GIVEN that the hearing on this matter may be continued from time to time with further notice.

18

19

20

21

22

Dated this 13ᵗʰ day of July, 2020.

DAVID J. WINTERTON & ASSOC., LTD.

By: /s/: David J. Winterton Esq
    David J. Winterton, Esq.
    Nevada State Bar. 4142
    7881 W. Charleston Blvd., Suite 220
    Las Vegas, NV 89117

23

24

25

26

27

28

2

DAVID J. WINTERTON & ASSOCIATES, LTD
7881 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89117
Phone: (702) 363-0317

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of David J. Winterton & Assoc., Ltd., and that on the 13th day of July, 2020, I electronically served by ECF a true and correct copy of the Notice of Hearing Re: Debtor's Motion for Approval to Employ Counsel Nunc Pro Tunc to the Petition Date, I served the above-named document(s) by the following means to the persons as listed below:

- **By ECF System:**
  U.S. TRUSTEE - LV - 11
  USTPRegion17.lv.ecf@usdoj.gov

- (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the 13th day of July, 2020.

SEE ATTACHED MATRIX

An employee of David J. Winterton & Assoc.

3

```
Label Matrix for local noticing          RESORT LEGAL TEAM, INC.              United States Bankruptcy Court
0978-2                                    9340 W. MARTIN AVE. STE. 201        300 Las Vegas Blvd., South
Case 20-12881-abl                         LAS VEGAS, NV 89148-6001            Las Vegas, NV 89101-5833
District of Nevada
Las Vegas
Mon Jul 13 13:42:14 PDT 2020

AMERICAN EXPRESS                          Albert Trevino                      Avison Young
Acct No xxxx-xxxxxx-x1001                 383 Highland Hills Ct.              10845 Griffith Peak Drive Suite 100
PO BOX 0001                               Las Vegas, NV 89148-2788            Las Vegas, NV 89135-1555
Los Angeles, CA 90096-8000


Bank of America                           Bank of America NA.                 CAPITAL ONE
Acct No xxxx-xxxx-xxxx-2396               Atn: Managing Officer               Acct No xxxx-xxxx-xxxx-5562
Attn: Managing Officer                    P.O. Box 15220                      ATTN: MANAGING OFFICER
PO Box 17054                              Wilmington, DE 19886-5220           P.O. BOX 85617
Wilmington, DE 19850-7054                                                     Richmond, VA 23285-5617


CLARK COUNTY TREASURER                    Clark County Assessor               DEPT OF EMPLOYMENT, TRAINING & REHAB
c/o Bankruptcy Clerk                      c/o Bankruptcy Clerk                EMPLOYMENT SECURITY DIVISION
BOX 551220                                P.O. Box 551401                     500 EAST THIRD STREET
500 SOUTH GRAND CENTRAL PKWY              Las Vegas, NV 89151-4010            Carson City, NV 89713-0002
Las Vegas, NV 89155-1220


DEPT OF MOTOR VEHICLES                    (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO   IRS
PUBLIC SAFETY RECORDS DIVISION            PO BOX 609                          P.O. Box 7346
555 WRIGHT WAY                            CEDAR RAPIDS IA 52406-0609          Philadelphia, PA 19101-7346
Carson City, NV 89711-0001


Lisa Trevino                              NEVADA DEPT OF TAXATION             Social Security Administration
383 Highland Hills Ct.                    BANKRUPTCY SECTION                  Regional Cheif Counsel, Region IX
Las Vegas, NV 89148-2788                  555 E WASHINGTON AVE #1300          160 Spear Street, Suite 800
                                          Las Vegas, NV 89101-1046            San Francisco, CA 94105-1545


U.S. TRUSTEE - LV - 11                    United States Trustee               Wells Fargo
300 LAS VEGAS BOULEVARD S.                300 Las Vegas Blvd., S. #4300       Acct No xxxx-xxxx-xxxx-3851
SUITE 4300                                Las Vegas, NV 89101-5803            Managing Officer/ Credit Bureau Disp
LAS VEGAS, NV 89101-5803                                                      PO Box 14517
                                                                             Des Moines, IA 50306-3517


Wells Fargo                               Wells Fargo Business Dept.          (p)WYNDHAM CONSUMER FINANCE INC
Acct No xxxx-xxxx-xxxx-3869              Acct No xxxx-xxxx-xxxx-4779          P O BOX 97474
Managing Officer/ Credit Bureau Disp      Attn: Managing Officer              LAS VEGAS NV 89195-0001
PO Box 14517                              PO Box 29482
Des Moines, IA 50306-3517                 Phoenix, AZ 85038-9482


DAVID J. WINTERTON
7881 W. CHARLESTON BLVD., STE. 220
LAS VEGAS, NV 89117-8327
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266

Wyndham Vacation Resorts
Financial Services
P.O. Box 98940
Las Vegas, NV 89193

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24